UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: **21-cv-80860-DMM/BRANNON**

**WENDY FINKELSTEIN**,

    Plaintiff,

        v.

**LQV WEST PALM BEACH, LLC,**
A Florida Limited Liability Corporation,

    Defendant.
_____/

**PLAINTIFF'S NOTICE TO COURT**
**COMPLIANCE WITH DE 23**

COMES NOW, Plaintiff, WENDY FINKELSTEIN by and through her undersigned counsel and advises the Court of her compliance with the Court's Order (DE 23). Plaintiff further advises the court that her Amended Complaint sets forth claims which arise *solely* under Florida Law, The Florida Civil Rights Act §760.10 and that there is no federal question jurisdiction.

As set forth in the amended pleadings, which is now the operative complaint, Plaintiff expressly *omits* the prior claims set forth in the original complaint including claims under the Fair Labor Standards Act, 29 U.S.C. 201, et seq., Title VII of the Civil Rights Act of 1964, and 42 U.S.C. § 1981.

Defendant remoted this matter from state court on the basis of federal questions jurisdiction (See DE 1) which is now nonexistent.

Counsel is aware that the 30 day rule to seek a remand has expired but is also aware of its duty to advise the court if jurisdiction is lacking.

Plaintiff further contends there is no diversity between the parties to support jurisdiction on that basis. In the Eleventh Circuit, the citizenship of a limited liability company like the

Defendant is determined, for diversity purposes, by the citizenship of all the members composing the entity. *Rolling Greens MHP v. Comcast SCH Holdings, LLC*, 374 F.3d 1020, 1021–22 (11th Cir. 2004). A limited liability company is a citizen of any state of which a member is a citizen. *Id.* at 1022. To sufficiently allege the citizenship of a limited liability company, a party must list the citizenship of all the members of the limited liability company. *Id.*

Here, Defendant has plead in its moving papers that Defendant is a *Florida* Limited Liability Corporation, thus the parties are not diverse as both are citizens of the state of Florida.

Plaintiff advises that the is no basis for jurisdiction in this forum and request the court dismiss this action and remand to state court for further handling.

Respectfully Submitted,

*/s/ Russell Kerr*
RUSSELL KERR, P.A.
1044 North U.S. Highway One
Suite 202
Jupiter, FL 33477
Telephone: (561) 571-0358
Facsimile: (561) 658-0677

Russell A. Kerr, Esq.
Florida Bar No. 10206
rkerr@russellkerrlaw.com

Nicholas M. Sarta, Esq.
Florida Bar No. 1018470
nsarta@russellkerrlaw.com

Gregory M. Sussman, Esq.
Florida Bar No. 1010883
Gregory.sussman@russellkerrlaw.com

Edward Buchanan, Esq.
Florida Bar No. 68346
edward@russellkerrlaw.com